

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00108-CV

| | | |
|---|---|---|
| JULIE MCCURLEY AND RANDY MCCURLEY, INDIVIDUALLY AND AS PARENTS, NEXT FRIENDS AND GUARDIANS OF STEPHEN MCCURLEY, Appellants | § § § § | On Appeal from the 393rd District Court of Denton County (17-3572-393) December 5, 2019 |
| v. | § | Opinion by Chief Justice Sudderth |
| TEXAS MOTOR SPEEDWAY, INC., Appellee | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Julie McCurley and Randy McCurley, Individually and as Parents, Next Friends, and Guardians of Stephen McCurley shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
    Chief Justice Bonnie Sudderth